# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN, et al.., <br><br>     Plaintiff(s), <br><br> v. <br><br> FCR A/C & HEATING, <br><br>     Defendant(s). | Case No. 2:25-cv-00756-JCM-NJK <br><br> **Order** <br><br> [Docket Nos. 8, 9] |

Pending before the Court are Plaintiffs' motions to extend the time to effectuate service and to effectuate service through the Secretary of State. Docket Nos. 8, 9. The papers represent that Plaintiffs have been in communication with Defendant's attorney regarding service. Although it appears that several service attempts have been tried unsuccessfully, it is not clear whether a request has been made through opposing counsel for Defendant to accept service. *See* Fed. R. Civ. P. 4(d)(1).[1] Given the favored status of waiving service, the Court **DENIES** without prejudice the pending motions so that waiver may be sought.

IT IS SO ORDERED.

Dated: July 3, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] As presumably can be explained to Defendant through counsel, waiving service is not simply a courtesy. Failing to waive service may result in Defendant paying expenses, including attorney's fees. *See* Fed. R. Civ. P. 4(d)(2). The carrot-and-stick approach for service waiver also includes benefit to the waiving defendant of additional time to serve an answer. *See* Fed. R. Civ. P. 4(d)(3).