UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>FCR A/C & HEATING,<br><br>    Defendant(s). | Case No. 2:25-cv-00756-JCM-NJK<br><br>**Order**<br><br>[Docket Nos. 11, 12] |

    Pending before the Court are Plaintiffs' motions to extend the time to effectuate service and to effectuate service through the Secretary of State. Docket Nos. 11, 12.

    Courts have considerable discretion in deciding whether alternative service should be permitted. *Rio Props., Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1016 (9th Cir. 2002). Service through the Nevada Secretary of State may be permitted when service "cannot be made" pursuant to the ordinary methods. Nev. R. Civ. P. 4.2(c)(3)(A); *see also Fisher v. TheVegasPackage.com, Inc.*, 2019 WL 6828295, at *1 (D. Nev. Dec. 12, 2019) (indicating that this means of alternative service is warranted "when personal service proves impossible"). Extensions of the service deadline are obtained by showing good cause and such extensions may be provided even without such a showing. Fed. R. Civ. P. 4(m).

    Plaintiffs have attempted service several times, both at Defendant's corporate location and at the personal residence of Defendant's president, secretary, treasurer, and director. *See, e.g.*, Docket No. 11-4. Plaintiffs have also attempted to facilitate service through Defendant's audit counsel, as well as to seek waiver of service through counsel, to no avail. *See, e.g.*, Docket No. 11-2 at ¶¶ 4, 7; Docket No. 11-7 at ¶ 4-6. The circumstances shown justify both an extension of the service deadline and service through the Secretary of State.

1

Accordingly, the Court **GRANTS** Plaintiffs' motions to extend the time to effectuate service and to effectuate service through the Secretary of State. The deadline to effectuate service is extended to September 4, 2025. Plaintiffs are permitted to effectuate service of process on Defendant by serving the Nevada Secretary of State.

IT IS SO ORDERED.

Dated: August 4, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2