AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Board of Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan et al
              Plaintiffs,
    v.
FCR A/C & Heating

              Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:25-cv-00756-JCM-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

DEFAULT JUDGMENT is entered in favor of the Trust Fund Plaintiffs and against Defendant, FCR, as follows:

(1) Unpaid contributions: $467,423.00
(2) Interest on unpaid contributions: $181,804.00
(3) Liquidated Damages: $181,804.00
(4) Attorneys' fees
a. Past: $43,095.00
b. Future (according to the Collection Policy): $5,000.00
(5) Other relief Audit fees: $29,125.00

TOTAL: $908,251.00

| 11/24/2025 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |



/s/ ALZ
Deputy Clerk