Bryce C. Loveland, Esq., Nevada Bar No. 10132
Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

*Attorneys for Plaintiffs*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND BOARD OF TRUSTEES OF PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,

Plaintiffs,

vs.

FCR A/C & HEATING, a Nevada corporation,

Defendant.

Case No. 2:25-cv-00756-JCM-NJK

**~~[PROPOSED]~~ ORDER FOR JUDGMENT DEBTOR EXAMINATION OF FCR A/C & HEATING THROUGH ITS MANAGING MEMBER / OFFICER / OWNER ANTHONY STANIULIS, JR.**

**DATE: August 18, 2026**

**TIME: 10:00 A.M.**

The Court having reviewed the Motion for Judgment Debtor Examination of **Judgment Debtor FCR A/C & Heating's Managing Member / Officer / Owner Anthony Staniulis, Jr. ("FCR")** submitted by the Plaintiffs and good cause appearing:

**IT IS HEREBY ORDERED** that **Judgment Debtor FCR A/C & Heating must appear through its Managing Member / Officer / Owner Anthony Staniulis, Jr.** at the office of Brownstein Hyatt Farber Schreck, LLC located at 100 North City Parkway, Suite 1600, Las Vegas, Nevada, 89106, on August 18, 2026, at 10:00 A.M., for a judgment debtor examination before a

notary public or some other officer authorized by law to administer oaths and recorded by stenographic means regarding FCR's liabilities, assets, ownership interests, and its ability to satisfy the entered judgment.

DATED July 24, 2026

Plaintiffs must provide prompt notice of this order to Staniulis.

~~UNITED STATES DISTRICT COURT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ William D. Nobriga
Bryce C. Loveland, Esq., Nevada Bar No. 10132
Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

*Attorneys for Plaintiffs*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101